UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SATYANARAYAN HEDGE, M.D.,

                Plaintiff,

-against-

MONTEFIORE MEDICAL CENTER, et al.,

                Defendants.

21-CV-9596 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated December 7, 2021, the Court directed Plaintiff to either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* (IFP) application. *See* 28 U.S.C. §§ 1914, 1915. The Court informed Plaintiff that the action would be dismissed if he failed to comply with the order.

    On January 21, 2021, counsel for Defendant appeared in this action and filed Defendant's answer. (ECF 5, 7.)

    Because Defendant has answered the complaint, the Court will provide Plaintiff with additional time to respond to the December 7, 2021, order. The Court directs Plaintiff, within thirty days of the date of this order, to either pay the $402.00 in filing fees or submit an IFP application. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   January 31, 2022
         New York, New York

                                           /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                         Chief United States District Judge