```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SATYANARAYAN HEGDE, M.D.,

        Plaintiff,

-against-

MONTEFIORE MEDICAL CENTER, ALBERT EINSTEIN COLLEGE OF MEDICINE, MONTEFIORE HEALTH SYSTEM INC., AND RAANAN ARENS, MD,

        Defendants.

21 Civ. 9596 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Fact discovery in this action will close on November 30, 2022. ECF No. 34. The case management conference in this action is scheduled for **January 4, 2023, at 10:20 a.m.** The conference will occur telephonically. The parties are directed to dial (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

    Additionally, the parties must file a joint status report not later than one week in advance of the case management conference. And, pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery.

    SO ORDERED.

Dated: November 1, 2022
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge