```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SATYANARAYAN HEDGE,

                              Plaintiff,                    21-CV-09596 (AT)(SN)

      -against-                                                 **ORDER**

MONTEFIORE MEDICAL CENTER, et al.,

                              Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A joint letter informing the Court about the status of this case shall be filed with the Court no later than Tuesday, November 15, 2022. To the extent the parties anticipate that a settlement conference may be appropriate at or near the end of discovery, they are urged to schedule that conference soon. The Court is currently scheduling settlement conferences eight weeks from when requested.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 1, 2022
                New York, New York