UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SATYANARAYAN HEGDE,

                              **Plaintiff,**                         21-CV-09596 (AT)(SN)

    -against-                                                          <u>**ORDER**</u>

MONTEFIORE MEDICAL CENTER, et al.,

                              **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On November 1, 2022, the parties were ordered to file a joint status letter no later than November 15, 2022. ECF No. 36. As of today, no such letter has been filed. The parties are once again ORDERED to file a joint letter informing the Court about the status of this case, and its potential for settlement, by November 23, 2022.

**SO ORDERED.**

                                                                           _____
                                                                           SARAH NETBURN
                                                                           United States Magistrate Judge

DATED:       November 17, 2022
                  New York, New York