UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SATYANARAYAN HEGDE, M.D.,

        Plaintiff,

-against-

MONTEFIORE MEDICAL CENTER, ALBERT EINSTEIN COLLEGE OF MEDICINE, MONTEFIORE HEALTH SYSTEM INC., AND RAANAN ARENS, MD,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2023

21 Civ. 9596 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), R&R, ECF No. 41, of the Honorable Sarah Netburn, the Court reviewed the R&R for clear error and found none. *Oquendo v. Colvin*, No. 12 Civ. 4527, 2014 WL 4160222, at *2 (S.D.N.Y. Aug. 19, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Defendants' partial motion to dismiss, ECF No. 19, is GRANTED. Counts Six, Seven, Nine, and Ten of the complaint, R&R at 1, 3–5, 7; *see also* ECF No. 18 ¶¶ 61–70, 76–99, are DISMISSED with prejudice.

    The Clerk of Court is directed to terminate the motion at ECF No. 19 and mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: January 4, 2023
       New York, New York

                                                          ANALISA TORRES
                                                      United States District Judge