```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/7/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SATYANARAYAN HEGDE, M.D.,

        Plaintiff,

-against-

MONTEFIORE MEDICAL CENTER, ALBERT EINSTEIN COLLEGE OF MEDICINE, MONTEFIORE HEALTH SYSTEM INC., AND RAANAN ARENS, MD,

        Defendants.

21 Civ. 9596 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendants' letter dated April 6, 2023, which requests leave to file a motion for summary judgment. ECF No. 46. Pre-motion letters are not required in *pro se* cases under Rule IV.C of the Court's Individual Practices in *Pro Se* Cases. The Court's prior orders requiring one in this action reflect clerical errors. ECF Nos. 35, 40. Defendants are directed to file a motion for summary judgment in accordance with Rule IV of the Court's Individual Practices in *Pro Se* Cases.

    Accordingly, the case management conference scheduled for April 11, 2023, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: April 7, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge