USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SATYANARAYAN HEGDE,

                              Plaintiff,                       21-CV-09596 (AT)(SN)

              -against-                                  **ORDER**

MONTEFIORE MEDICAL CENTER, et al.,

                              Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    As discussed during today's conference, the discovery deadline has been extended until June 20, 2023. Plaintiff is encouraged to schedule his depositions within the next week. No further extensions will be granted.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      April 20, 2023
               New York, New York