```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/21/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SATYANARAYAN HEGDE, M.D.,

        Plaintiff,

-against-

MONTEFIORE MEDICAL CENTER, ALBERT EINSTEIN COLLEGE OF MEDICINE, MONTEFIORE HEALTH SYSTEM INC., AND RAANAN ARENS, MD,

        Defendants.

21 Civ. 9596 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Discovery in this action will close on June 20, 2023. ECF No. 51. Accordingly, any motions for summary judgment, ECF Nos. 46–47, shall be filed after the close of discovery.

    SO ORDERED.

Dated: April 21, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge