```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SATYANARAYAN HEGDE,

                      Plaintiff,

    -against-

MONTEFIORE MEDICAL CENTER, et al.,

                      Defendants.
-------------------------------------------------------------X

21-CV-09596 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    A conference is scheduled for Tuesday, May 23, 2023, at 10:00 a.m. At that time the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The purpose of the conference is to discuss Plaintiff's motion at ECF No. 55.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    May 22, 2023
                 New York, New York