UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SATYANARAYAN HEGDE,

                         Plaintiff,                          21-CV-09596 (AT)(SN)

      -against-                                          **ORDER**

MONTEFIORE MEDICAL CENTER, et al.,

                        Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

The Court has reviewed the parties' joint letter at ECF No. 59. The parties' request that the discovery schedule be extended to allow for the depositions of Drs. Arens and Cabana on July 10, 2023, is GRANTED. The deadline for all other discovery remains June 20, 2023. See ECF No. 51.

In addition, a conference is scheduled for June 5, 2023, at 11:15 a.m. At that time the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The purpose of the conference is to discuss the parties' disputed Rule 30(b)(6) deposition topics, as well as the propriety of Dr. Gozal's video deposition.

**SO ORDERED.**

                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:     May 31, 2023
               New York, New York