UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SATYANARAYAN HEDGE,

                              Plaintiff,                      21-CV-09596 (AT)(SN)

         -against-                                          **ORDER**

MONTEFIORE MEDICAL CENTER, et al.,

                             Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       As discussed at the June 5, 2023 conference regarding Plaintiff's efforts to subpoena witnesses for deposition, a Request for Subpoena was received on May 16, 2023, and a Deposition Subpoena for David Gozal, M.D., was issued by the Court. See ECF No. 53. Plaintiff may request additional subpoenas, but the Court reiterates that it will not extend discovery beyond the existing deadline of June 20, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     June 7, 2023
                New York, New York