USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 8/1/2023 __

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

SATYANARAYAN HEDGE,

                             **Plaintiff,**

            -against-

MONTEFIORE MEDICAL CENTER, et al.,

                         **Defendants.**

--------------------------------------------------------------X

21-CV-09596 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the close of fact discovery, the parties are direct to file a joint status letter no later than August 8, 2023. The parties are further directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference if they believe it would be productive at this time.

**SO ORDERED.**

                                         _____
                                         SARAH NETBURN
                                         United States Magistrate Judge

DATED:       August 1, 2023
                  New York, New York